**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00883-GCM**

**ALLISON WENDELBERGER,**

        **Plaintiff,**

  **v.**                                              **ORDER**

**ERIC MILLER
LINKED.EXCHANGE, LLC.,**

        **Defendant.**

        **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Andrew J. Contiguglia (Doc. No. 40).

        Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

        In accordance with Local Rule 83.1(b), Mr. Contiguglia is admitted to appear before this court *pro hac vice* on behalf of Defendants.

        **IT IS SO ORDERED**.

Signed: October 15, 2024

Graham C. Mullen
United States District Judge