IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24CV883-GCM

| ALLISON WENDELBERGER, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| Vs. | ) | ORDER |
| LINKED.EXCHANGE, LLC, and ERIC MILLER, | ) |  |
| Defendants. | ) |  |

This matter is before the Court upon its own motion. On October 1, 2024, this case was transferred to this Court from the District of Colorado. Defendants are hereby directed to file an Answer within 30 days of the date of entry of this Order.

IT IS SO ORDERED.

Signed: November 4, 2024

Graham C. Mullen
United States District Judge