IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00883-GCM

ALLISON WENDELBERGER,

    Plaintiff,

v.

ERIC MILLER
LINKED.EXCHANGE, LLC.,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Sangheon Han (Doc. No. 48).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Sangheon Han is admitted to appear before this court *pro hac vice* on behalf of Defendants.

**IT IS SO ORDERED**.

Signed: January 8, 2025

Graham C. Mullen
United States District Judge